IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

In re                                          )
                                               )
CATHOLIC BISHOP OF NORTHERN          )
ALASKA,                                        )
                                               )
                    Debtor,                    )
——————————————————————)
                                               )
LOUIE GREEN, JR.,                              )
                                               )
                    Appellant,                 )
                                               )
          vs.                                  )
                                               )          No. 4:14-cv-0012-HRH
UNAATUQ, LLC;  NANCY E. GREEN;  and      )
LOUIE GREEN, SR.,                              )          Br. No. 08-00110 DMD
                                               )
                    Appellees.                 )          Adv. No. 11-90002
——————————————————————)


O R D E R

Louie Green, Jr. appeals the bankruptcy court's order granting Unaatuq, LLC's

Motion to Enforce Judgment and Related Orders.  Louie Jr. contends that he adversely

possessed a portion of the Pilgrim Springs property that debtor sold to Unaatuq without

providing notice of the proposed sale to Louie.  Louie Jr. contends that he built a cabin,

outbuildings, and trails near the airport on the Pilgrim Springs property in 1989 and that

any time debtor's agents or representatives went out to the Pilgrim Springs property, they would have seen his cabin, outbuilding, and trails because the cabin was located near the airport.

This appeal is based on the same operative facts and raises the same issues as those in Case No. 4:14-cv-0010, which was brought by Louie Jr.'s brother, Dewey "Stacey" Green, and Stacey's wife, Mary Reader. Thus, the bankruptcy court's order is affirmed for the same reasons as set forth in the decision entered in that case, a copy of which is attached to this order.

DATED at Anchorage, Alaska, this 12th day of February, 2015.

/s/ H. Russel Holland
United States District Judge